|  |  |
|---|---|
| 1 | Honorable Robert J. Bryan |



FILED / LODGED / RECEIVED
JUL 26 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | CASE NO. 3:21-cv-05509-RJB |
|---|---|
| Plaintiff | PROOF OF SERVICE COVER LETTER |
| v. | |
| J.M.S. Associate Marketing, LLC, Josette M Selbert, Tele Transform, Vivid Hear, and John Doe 1-10 | |
| Defendants. | |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Please find Plaintiff's enclosed Proof of Service for defendant J.M.S Associate Marketing, LLC, and defendant Josette M. Selbert.

DATED: July 22, 2021

_/s/_____
Nathen Barton
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

PROOF OF SERVICE COVER LETTER - 1
CASE NO 3:21-CV-05509-RJB

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607



IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| **NATHEN BARTON**<br>Plaintiff/Petitioner<br>vs.<br>**J.M.S ASSOCIATE MARKETING LLC., et al.**<br>Defendant/Respondent | Cause No.:   **3:21-cv-05509-RJB**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**Summons in a Civil Action; Complaint for a Civil case and Injunctive Relief** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of July, 2021** at **10:14 AM** at the address of **551 S. Apollo Boulevard, Suite 204, Melbourne, Brevard County, FL 32901**; this declarant served the above described documents upon **J. M.S. Associate Marketing, LLC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Josette Selbert**, **PERSON IN CHARGE, who accepted service with direct delivery, with identity confirmed by subject stating their name, a red-headed white female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$75.00**

Declarant hereby states under penalty of perjury under the laws of the State of Florida that the statement above is true and correct.

Date:   07/20/2021

*[signature]*

**Sandra Patton, Reg. # 375, 18th Judicial Circuit**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8449989**

Tracking #: **0073433276**





IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| **NATHEN BARTON** <br> Plaintiff/Petitioner <br> vs. <br> **J.M.S ASSOCIATE MARKETING LLC., et al.** <br> Defendant/Respondent | Cause No.:   **3:21-cv-05509-RJB** <br> Hearing Date: <br><br> AMENDED DECLARATION OF SERVICE OF <br> **Summons in a Civil Action; Complaint for a Civil case and Injunctive Relief** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of July, 2021** at **10:14 AM** at the address of **551 S. Apollo Boulevard, Suite 204, Melbourne, Brevard County, FL 32901**; this declarant served the above described documents upon **Josette M Selbert** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Josette M Selbert, Named Defendant, who accepted service with direct delivery, with identity confirmed by subject stating their name, a red-headed white female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$75.00**

Declarant hereby states under penalty of perjury under the laws of the State of Florida that the statement above is true and correct.

Date:   07/20/2021

*[signature]*

**Sandra Patton, Reg. # 375, 18th Judicial Circuit**

**AMENDED PROOF OF SERVICE**
PAGE 1 OF 1
Tracking #: **0073433212**

For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8449989**



Camas WA 98607

FILED
RECEIVED
LODGED
JUL 26 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY
BY

US District Court
1717 Pacific Ave
Tacoma WA 98402

PORTLAND OR 972
22 JUL 2021 PM 6 L

FOREVER

