FILED ___ LODGED ___ RECEIVED
OCT 01 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Western District of Washington at Tacoma**

U.S. District Court case number: **3:21-cv-05509-RJB**

Date case was first filed in U.S. District Court: **7/15/2021**

Date of judgment or order you are appealing: **09/09/21**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*   Check mailed on 9/29/2021

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nathen Barton

Is this a cross-appeal?  ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

4618 NW 11th Cir

City: Camas   State: WA   Zip Code: 98607

Prisoner Inmate or A Number (if applicable):

**Signature** _[signature]_   **Date** 9/29/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*