Honorable Robert J Bryan

FILED ___ LODGED
___ RECEIVED
OCT 04 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | CASE NO. 3:21-cv-005509-RJB |
|---|---|
| Plaintiff | APPEAL PAYMENT |
| v. | COVER LETTER |
| J.M.S. Associate Marketing, LLC | |
| Defendants | |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Plaitiff Nathen Barton is appealing portions of the Default Judgement (Dkt. 17) of this case.

Please find the enclosed check for $505.00.

DATED: September 29, 2021

Nathen Barton
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

APPEAL PAYEMENT COVER LETTER - 1
CASE NO

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607